Today, on Passover Eve, on the 3rd, when I took this case some 100 years ago, I thought of this for a second. I thought of that. Today, on any day of the week, if you need a doctor to give you a case of this case, you can find me on Twitter. You have to find me. This case illustrates, starkly, why these discriminations are different from the earlier discrimination cases. The second thing is, we have a social, cultural, and national origin. There is a human element, one that is able to lead to more sexual and emotional experiences. In these discriminations, there is an absolute emphasis on the social, starkly, and cultural dimension. If I walk into your street, all the employees turn to you. It's very simple. None of them want to talk to you. They just want to be seen. This employer, or employer, is trying to do the best he can, but he's going to change the nature of his business. Older, more experienced customer engineers were doing all of the repair work. Well, my understanding is that some of the older, more experienced engineers are not able to communicate with their employees, and they're not able to communicate with their employees. That's a serious problem. This is a new year. What happens as it goes forward, from 2017 to 2018, is that the moderating team, the only informative team, is composed of people who are older. Okay, this is a regional issue. I've been here 24 years. I'm a company. I've been in the higher ed. region for over 40 years. So, in 2007, my understanding is that 19 of the 21 engineers in higher ed were over 40 in 2007. A lesser percentage was generally a strong majority were over 40 years old. Is that right? The moderating team is working. I'm not talking about higher ed. I'm talking about the region. It's not a region. It's a territory of the region. Those are regions. They're independent of the city. So, they're independent of the city. And now, since you're talking about higher ed, how are they all involved? Well, that's not true. I'm talking about the general public.  They're the ones who are involved. They're the ones who are involved. Okay. All right. All right. So, what's going on? Here's what it says. Here's what you have to look. All right. This is the house that you lived in. This is your apartment. Yes, sir. I can see the building. Go look. Okay. Now, let's see. 14 and 20 were over the age of 40. And 14 were under the age of 40. So, I knew that it wasn't right. It wasn't. The neighbors just decided it was just right or wrong. So, 17, 17, 17, 19, 21 were over 40 years old. Yes, sir. Yes, sir. I guess what you did was raise a record and try to put that in the record. Do you have anything in the record that will help us suggest that it's wrong? Yes, sir. There's a certain point there. I think there's, I think there's a problem there. Your whole approach is to educate people more than it is to record. It doesn't seem to me to address the argument. You had a whole bunch of pages of papers, and then you had two pages, 23 pages of papers, and two pages of articles. And the fires did not impugn what the court said. I read it, and I tried to find it. I saw the same thing the judge said. So, I was going to look and see if they had said anything against it. I couldn't find it. And then I was just surprised to three, because three was all about facts, but not about consternation. And all of it, and only two pages of articles. And then we have this treatment, age discrimination, desperate immigrant age discrimination, desperate treatment, and desperate immigrant age discrimination, violation of public policy, retaliation, implied comfort, determining for good cause, good cause. There's nothing about that in the brief. And there is this one brief sentence. I'm wondering why. I mean, I know some coaches. There's a guy who was a judge who said judges are not allowed to be in court during this period of briefs. I don't know why, but he said it. But I was trying to find what you were saying to the district court. I couldn't find it. And I'm wondering why is I trying to now find it. The district court certainly has the thing to confine anything. And now I'm trying to figure out why I shouldn't do this. And I'm sorry, Judge, but I'm a believer. And I'm just going to say it. I promise. First of all, in 2016, you were 40. You were 40. So tell me why. And the question is, as a person of color, as a person who is rather young, is the district court going to change their case? Is the district court going to change their case? And you're saying to me that the interstate power actually has some things about them that are wrong. The question is, how could you possibly afford it? And the matter is, here's the thing. As far as the district court is concerned, there's a lot of questions that you should say. You should do this as a responsibility. As far as you can. But you can't, and you can't do your job and you can't deny the arguments of the district court. This is the record of the district court's silence. It was just yesterday that I said that there were four men on the court. Some of them were worse. And the question that I want to ask you is, and I'm just going to ask you, this is sort of the question that goes to all of us, why would a person of all faiths not be sitting in your session today if you're so interested in arguing this case? I mean, you're too patient. You know what I mean? And I mean, frankly, I think that you should just do a really good job of putting these things down. I don't think that is supposed to be the case. I don't think it's going to be the case. I mean, you're supposed to be in that session. You're supposed to be on the agenda. You know what I mean? How do you do this? There were four men on the court who had disparaging attitudes that were part of the experience of the officer and were judged by the session by the first court witness. And they're not the same people. And in regard to the agenda of the court, you still have to let it go. You have to let it go. I mean, the fact that you are arguing for me when you're going to talk to the session, you're going to talk to the court, and you're going to expose it to the jury's report, to make it as clear as you can for the officer, is the answer there is yes. And it's better to be someone who can do what is best for me and the hospital, because it's the best thing I can do. So, you know, on the record, it was a huge commitment to the jury that I saw the light at the end of the tunnel. Throughout the entire 15 years, 20 years, part of the modern agenda, you had as long as 7 months of supervision. You had operations where you had to come home. You had to go to the zoos. You had to be assisted in support. You had to be your own supervisor. You had to be your own person. For months upon months, you had to be supported, you had to be assessed, you had to be persuaded. So, the fact that she's not understanding how to prepare me to do the work, why I have to be on this specific procedure, the operation, I don't know if it's actually in the company's interest, but I think it's sort of in the customer's interest, and so forth, but why he just, the fact that there was a jury who wanted him to change his personality and meet his operating standards, I just think it's just his character, it's just his personality, it's just the way he is. Well, I think more than 100% of people just think that if he's in the service, if he's in charge, if he's in the operation, if he's in the research, if he's in the service, if he's in the decision-making, if he's in the assessment, if he's in the consultancy, if he's in the school associates, if he's in the department, if he's in the public placement, if he's in the examiners, if he's in the online, I would say it's just because he needs to be trusted to be able to come back to me. I'm sorry, I didn't understand. The question is, is that the reason why people didn't receive the information they should have gotten when you took the pages and you don't? I mean, what do you suggest? I mean, it's so simple. I mean, it's so simple. Well, I don't know. Why is that? I mean, you're speaking about the reason why the fact that you didn't receive the information leads to the fact that you are in charge in the hospital and you're taking the pages to the department is to seek a representative specialist who sessions and also who works and seeks kindly and湐 rę Then it occurs if the arm becomes the thumb it becomes harder to frame it and I would sometimes say it is almost to do with pain and sometimes you can change the attitude you take It is for some I don't know if it is not worse It is like it is not really to do with pain We found out to do for a lot of folks in this part of the territory who are over 40 years old that there also is no correlation with pain It is more pain for certain elder people and at least more older people So I could talk about      how I was older than 40 in 2000 and in 2008 I was really 21 in 2007 that is  when I reached 40 and we started trying to position 40 as in 2008 as in summer when I reached 40 and I was in the hospital  I was in the hospital for like three months and I was in the hospital for like three months and I was in the hospital for  three months and I was in the hospital for like three months and I was in the hospital for like three months and I was in   for like two
judges: Berzon, N.R. Smith, Christensen